### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAVIER GONZALEZ,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **14-2718** |
| **TABB BICKELL,** | : | |
| | : | |
| **Respondent.** | : | |

### ORDER

**AND NOW**, this 2nd day of April 2015, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of Magistrate Judge Hart's report and recommendation (doc. no. 17), to which no timely objection has been made, **IT IS HEREBY ORDERED** that:

1. The report and recommendation is **APPROVED** and **ADOPTED**;[1]

2. The petition for writ of habeas corpus is **DENIED**;

3. There is no probable cause to issue a certificate of appealability;

4. The clerk is directed to mark this case **CLOSED**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] Since Mr. Gonzalez has not filed objections, I need only give some reasoned consideration to the report and recommendation. Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987). Mr. Gonzalez's Petition is clearly time barred; therefore, I find that Judge Hart's report and recommendation is well reasoned and free of clear error. *See* Fed. R. Civ. P. 72(b) advisory committee's note.